Opinion issued March 3, 2016



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-01087-CR

————————————

**ADDIE RUTH WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1485644

**MEMORANDUM OPINION**

Appellant, Addie Ruth Walker, has filed a motion to dismiss the appeal.  The motion complies with Texas Rule of Appellate Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).